United States District Court
Southern District of Texas
**ENTERED**
March 16, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FELIPE CASTILLO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-00173 |
| | § | |
| MARTIN O'MALLEY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is United States Magistrate Judge Richard Bennett's Memorandum and Recommendation filed on February 21, 2026. Doc. #22. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Therefore, Plaintiff's Motion for Summary Judgment (Doc. #20) is hereby DENIED and Defendant's Motion for Summary Judgment (Doc. #21) is GRANTED in accordance with the Memorandum and Recommendation (Doc. #22). This case is DISMISSED WITH PREJUDICE. The Court will enter a separate final judgment.

It is so ORDERED.

MAR 1 6 2026
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge